# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN BALDINI**, *Plaintiff,* <br><br> v. <br><br> **COUNTY OF DELAWARE**, *Defendant.* | **CIVIL ACTION** <br><br> **NO. 24-1456** |

## ORDER RE: SUMMARY JUDGMENT

**AND NOW** this 23rd day of April, 2025, upon consideration of Defendant's Motion for Summary Judgment (ECF 32), Plaintiff's response (ECF 38), Defendant's reply (ECF 42), and Plaintiff's sur-reply (ECF 57), it is hereby **ORDERED** as follows:

1. Defendant's Motion for Summary Judgment (ECF 32) is **GRANTED**;

2. Plaintiff's Second Amended Complaint is **DISMISSED with prejudice**;

3. Defendant's Motions in Limine (ECF 45, 46, 49) are **DENIED as moot**; and

4. The Clerk of Court shall terminate this case.

BY THE COURT:

/s/ Michael M. Baylson
**MICHAEL M. BAYLSON, U.S.D.J.**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 24\24-1456 Baldini v. County of Delaware\24cv1456 Order on Summ. J..docx